Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CINDY CODONI and MICHELLE GEER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF SEATTLE, ALASKA AIR GROUP, and DELTA AIR LINES, INC.,<br><br>Defendants. | Case No. 2:23-cv-795<br><br>**STIPULATED MOTION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>NOTE ON MOTION CALENDAR:<br>June 1, 2023. |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Defendants Port of Seattle, Alaska Air Group, and Delta Air Lines, Inc. ("Defendants") and Plaintiffs Cindy Codoni and Michelle Geer ("Plaintiffs") (collectively, the "Parties") stipulate and move as follows:

WHEREAS, on April 21, 2023, Plaintiffs filed an Amended Class Action Complaint ("Amended Complaint") against Defendants in King County Superior Court.

WHEREAS, on May 26, 2023, Defendants filed a Notice of Removal (Dkt. # 1) in this action.

WHEREAS, Defendants' current deadline to respond to the Amended Complaint is June 2, 2023.

WHEREAS, Defendants anticipate responding to the Amended Complaint by filing one or more motions pursuant to Federal Rules of Civil Procedure, Rule 12.

WHEREAS, Plaintiffs anticipate further amending their complaint, and Plaintiffs are also considering filing a motion to remand, both of which may impact the case's schedule moving forward.

WHEREAS, given the complexity of the issues presented and to provide the parties with time to meet and confer about case management issues in light of the foregoing, the parties wish to extend Defendants' deadline to file a responsive pleading.

THEREFORE, IT IS STIPULATED AND AGREED that: Defendants' deadline to respond to the Amended Complaint shall be July 10, 2023.

DATED: June 1, 2023                MCNAUL EBEL NAWROT & HELGREN PLLC

                                   By: s/Malaika M. Eaton
                                       Malaika M. Eaton, WSBA No. 32837

                                   Attorney for Defendant Delta Air Lines, Inc.


DATED: June 1, 2023                CORR CRONIN LLP

                                   By:/s/ Steven W. Fogg
                                       Steven W. Fogg, WSBA No. 23528

                                   Attorney for Defendant Alaska Air Group

| | | |
|---|---|---|
| 1 | DATED: June 1, 2023 | STOEL RIVES LLP |
| 2 | | |
| 3 | | By:/s/ Beth Ginsberg |
| | |     Beth Ginsberg, WSBA No. 18523 |
| 4 | | Attorney for Defendant Port of Seattle |
| 5 | | |
| 6 | | |
| 7 | DATED: June 1, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 8 | | |
| | | By:/s/ Steve W. Berman |
| 9 | |     Steve W. Berman, WSBA No. 12536 |
| 10 | | Attorney for Plaintiffs |

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATED MOTION, IT IS SO ORDERED.** Defendants' deadline to respond to the Amended Complaint shall be July 10, 2023.

Dated this 12th day of June, 2023.

_____
Jamal N. Whitehead
United States District Judge