UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CINDY CODONI, MICHELLE GEER, HORACE CATHCART, AMY FRANCE, and TAMARA CHAKOS, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>PORT OF SEATTLE, ALASKA AIR GROUP, AND DELTA AIR LINES INC.,<br><br>            Defendants. | CASE NO. 2:23-cv-795<br><br>ORDER GRANTING THE AIRLINES' JOINT MOTION TO FILE AN OVER-LENGTH JOINT MOTION TO DISMISS |

      This matter comes before the Court on Defendants Alaska Air Group and Delta Air Lines, Inc.'s ("Airlines") unopposed Joint Motion to File An Over-Length Joint Motion to Dismiss Plaintiff's Second Amended Complaint. Dkt. No. 46. The airlines request leave to file a 10,000-word or less joint motion to dismiss to "conserve the Court's and the Parties' resources" and to "reduce the overall amount of briefing in this case" given the overlapping legal and regulatory issues. *Id.* The Airlines are silent, however, about any word limits for any opposition or reply briefs.

ORDER - 1

The Court finds good cause to expand the word limits under the Local Civil Rules, and orders as follows:

- The Airlines may file a joint motion to dismiss Plaintiff's Second Amended Complaint not to exceed 10,000 words.
- Plaintiff's brief in opposition, if any, must not exceed 10,000 words.
- The Airlines may file a joint reply brief not to exceed 5,000 words.

SO ORDERED this 25th day of October, 2023.

Jamal N. Whitehead
United States District Judge