The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| CINDY CODONI, MICHELLE GEER, HORACE CATHCART, AMY FRANCE, and TAMARA CHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF SEATTLE, ALASKA AIR GROUP, and DELTA AIR LINES, INC.,<br><br>Defendants. | Case No. 2:23-CV-00795 JNW<br><br>**STIPULATED MOTION REGARDING BRIEFING DEADLINES FOR PLAINTIFFS' OPPOSITION TO AND DEFENDANTS' REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>November 13, 2023 |

STIP. MOT. RE: BRIEFING DEADLINES FOR DEFS.' MOT. TO DISMISS 2D AM. COMPL.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Cindy Codoni, Michelle Geer, Horace Cathcart, Amy France, and Tamara Chakos ("Plaintiffs") and Defendants Alaska Air Group, Delta Airlines, Inc. ("Airlines"), and Port of Seattle (collectively, "Defendants") stipulate and move as follows:

WHEREAS, on June 27, 2023, this Court ordered Plaintiffs to file a Second Amended Complaint on or before August 11, 2023, and ordered the parties to confer in good faith to set a deadline for Defendants to respond to the Second Amended Complaint (ECF No. 41);

WHEREAS, on August 11, 2023, Plaintiffs filed their Second Amended Class Action Complaint (ECF No. 43);

WHEREAS, on September 18, 2023, this Court ordered Defendants to file their Rule 12 motions in response to the Second Amended Complaint on or before October 27, 2023, and ordered the parties to confer in good faith to set a deadline for Plaintiffs' opposition to Defendants' motions and Defendants' replies in support thereof (ECF No. 45); and

WHEREAS, the parties have conferred in good faith regarding an appropriate briefing schedule and agree that Plaintiffs' deadline to file their opposition to Defendants' motions to dismiss is December 22, 2023, and Defendants' deadline to file their replies in support of their motions is February 16, 2024;

**THEREFORE, IT IS STIPULATED AND AGREED** among the Parties, subject to the Court's approval, that:

1. Plaintiffs shall file their opposition(s) to Defendants' motions to dismiss Plaintiffs' Second Amended Complaint on or before December 22, 2023.

2. Defendants shall file their replies in support of their motions to dismiss Plaintiffs' Second Amended Complaint on or before February 16, 2024.

3. Nothing in this stipulated order shall alter any other deadlines in the case, including those deadlines included in this Court's September 18, 2023, order (ECF No. 45).

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | DATED: November 13, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By: s/*Steve W. Berman* |
| | | Steve W. Berman, WSBA No. 12536 |
| 4 | | |
| 5 | | *Attorney for Plaintiffs* |
| 6 | DATED: November 13, 2023 | MCNAUL EBEL NAWROT & HELGREN PLLC |
| 7 | | |
| 8 | | By: s/ *Malaika M. Eaton* |
| | | Malaika M. Eaton, WSBA No. 32837 |
| 9 | | |
| 10 | | *Attorney for Defendant Delta Air Lines, Inc.* |
| 11 | | |
| 12 | DATED: November 13, 2023 | CORR CRONIN LLP |
| 13 | | |
| | | By: s/ *Steven W. Fogg* |
| 14 | | Steven W. Fogg, WSBA No. 23528 |
| 15 | | *Attorney for Defendant Alaska Air Group* |
| 16 | | |
| 17 | DATED: November 13, 2023 | STOEL RIVES LLP |
| 18 | | |
| 19 | | By: s/ *Beth Ginsberg* |
| | | Beth Ginsberg, WSBA No. 18523 |
| 20 | | *Attorney for Defendant Port of Seattle* |

**IT IS SO ORDERED:**

Dated this 14th day of November, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

DATED: November 13, 2023               HAGENS BERMAN SOBOL SHAPIRO LLP

                                       By: s/*Steve W. Berman*
                                           Steve W. Berman, WSBA No. 12536

                                       *Attorney for Plaintiffs*

DATED: November 13, 2023               MCNAUL EBEL NAWROT & HELGREN PLLC

                                       By: s/*Malaika M.* Eaton
                                           Malaika M. Eaton, WSBA No. 32837

                                       *Attorney for Defendant Delta Air Lines, Inc.*

DATED: November 13, 2023               CORR CRONIN LLP

                                       By: s/*Steven W. Fogg*
                                           Steven W. Fogg, WSBA No. 23528

                                       *Attorney for Defendant Alaska Air Group*

DATED: November 13, 2023               STOEL RIVES LLP

                                       By: s/*Beth Ginsberg*
                                           Beth Ginsberg, WSBA No. 18523

                                       *Attorney for Defendant Port of Seattle*

STIP. MOT. RE: BRIEFING DEADLINES FOR DEFS.'
MOT. TO DISMISS 2D AM. COMPL. - 3



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX