The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CINDY CODONI, MICHELLE GEER, HORACE CATHCART, AMY FRANCE, and TAMARA CHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF SEATTLE, ALASKA AIR GROUP, and DELTA AIR LINES, INC.,<br><br>Defendants. | Case No. 2:23-CV-00795 JNW<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE OVERLENGTH OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

ORDER GRANTING PLS.' MOT. TO FILE OVERLENGTH OMNIBUS
OPP'N TO DEFS.' MOT. TO DISMISS 2D AM. COMPL.

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

Plaintiffs' unopposed motion to file an overlength omnibus opposition to Defendants' motions to dismiss Plaintiffs' Second Amended Complaint is granted.

**IT IS SO ORDERED:**

1. Plaintiffs shall file a single omnibus opposition to Defendants' motions to dismiss Plaintiffs' Second Amended Complaint not to exceed 15,000 words.

2. Nothing in this order alters Defendants' rights to file separate replies in support of their motions to dismiss, subject to word limits in the Local Rules or this Court's prior orders, as applicable.

Dated this 14th day of November, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/Steve W. Berman*
Steve W. Berman, WSBA #12536
Sean R. Matt, WSBA #21972
Shayne C. Stevenson, WSBA #30843
Shelby R. Smith, WSBA #31377
Martin D. McLean, WSBA #33269
Jacob P. Berman (pro hac vice forthcoming)
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
shaynes@hbsslaw.com
shelby@hbsslaw.com
martym@hbsslaw.com
jakeb@hbsslaw.com\

1  Abigail D. Pershing (pro hac vice)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   301 North Lake Avenue, Suite 920
3  Pasadena, CA 91101
   Telephone: (213) 330-7150
4  Facsimile: (213) 330-7152
   abigailp@hbsslaw.com
5
6  Nathan Emmons (pro hac vice forthcoming)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  455 North Cityfront Plaza Drive, Suite 2410
   Chicago, IL 60611
8  Telephone: (708) 628-4949
   Facsimile: (708) 628-4950
9  nathane@hbsslaw.com

10  *Attorneys for Plaintiffs and the Putative Class*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLS.' MOT. TO FILE OVERLENGTH OMNIBUS
OPP'N TO DEFS.' MOT. TO DISMISS 2D AM. COMPL. - 2



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX