THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CINDY CODONI, MICHELLE GEER, HORACE CATHCART, AMY FRANCE, and TAMARA CHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF SEATTLE, ALASKA AIR GROUP, and DELTA AIR LINES, INC.,<br><br>Defendants. | Case No. 2:23-cv-00795-JNW<br><br>**[Proposed] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR THE PARTIES TO RESPOND TO THE COURT'S OCTOBER 11, 2024 REQUEST FOR BRIEFING**<br><br>NOTE ON MOTION CALENDAR: [October 15, 2024]. |

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATED MOTION, IT IS SO ORDERED.** The Parties' deadline to file the supplemental briefs requested by the Court on October 11, 2024, shall be October 21, 2024.

Dated this 16th day of October, 2024.

_Jamal W._
Jamal N. Whitehead
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR THE PARTIES TO RESPOND TO THE COURT'S OCTOBER 11, 2024 REQUEST FOR BRIEFING
(2:23-CV-000795 JNW)                                    - 1 -

Presented by:

MCNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
    Malaika M. Eaton, WSBA No. 32837

Attorney for Defendant Delta Air Lines, Inc.

CORR CRONIN LLP

By: s/Steven W. Fogg
    Steven W. Fogg, WSBA No. 23528

Attorneys for Defendant Alaska Air Group

STOEL RIVES LLP

By: s/Beth Ginsberg
    Beth Ginsberg, WSBA No. 18523

Attorneys for Defendant Port of Seattle

HAGENS BERMAN SOBOL SHAPIRO LLP

By: s/Steve W. Berman
    Steve W. Berman, WSBA No. 12536

Attorneys for Plaintiffs