Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| CINDY CODONI, MICHELLE GEER, HORACE CATHCART, AMY FRANCE, and TAMARA CHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF SEATTLE, ALASKA AIR GROUP, and DELTA AIR LINES, INC.,<br><br>Defendants. | Case No. 2:23-cv-00795 JNW<br><br>ORDER ON STIPULATED MOTION TO RE-NOTE AND EXTEND REPLY DEADLINE ON DEFENDANTS' MOTION TO CERTIFY ORDER DENYING MOTION TO DISMISS FOR INTERLOCUTORY APPEAL<br><br>[~~PROPOSED~~]<br><br>**Clerk's Action Required** |

Pending before the Court is the Parties' Stipulated Motion to Re-Note and Extend Reply Deadline on Defendants' Motion to Certify Order Denying Motion to Dismiss for Interlocutory Appeal (Dkt. 76). Having reviewed the Stipulated Motion, and being otherwise advised, now, therefore,

IT IS HEREBY ORDERED:

1. Defendants' deadline to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Certify Order Denying Motion to Dismiss for Interlocutory Appeal is January 8, 2025.

2. Defendants' Motion to Certify Order Denying Motion to Dismiss for Interlocutory Appeal shall be re-noted to January 8, 2025. The Clerk is directed to update the docket accordingly.

IT IS SO ORDERED.

DATED this 19th day of December, 2024.

_____
Honorable Jamal N. Whitehead
United States District Court Judge

Presented by:

MCNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
    Malaika M. Eaton, WSBA No. 32837

Attorney for Defendant Delta Air Lines, Inc.

CORR CRONIN LLP

By: s/Steven W. Fogg
    Steven W. Fogg, WSBA No. 23528

Attorneys for Defendant Alaska Air Group

STOEL RIVES LLP

By: s/Beth Ginsberg
    Beth Ginsberg, WSBA No. 18523

Attorneys for Defendant Port of Seattle

HAGENS BERMAN SOBOL SHAPIRO LLP

By: s/Steve W. Berman
    Steve W. Berman, WSBA No. 12536

Attorneys for Plaintiffs