THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

CINDY CODONI, MICHELLE GEER, HORACE CATHCART, AMY FRANCE, and TAMARA CHAKOS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PORT OF SEATTLE, ALASKA AIR GROUP, and DELTA AIR LINES, INC.,

Defendants.

Case No. 2:23-cv-00795-JNW

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES ON MOTION TO AMEND**

**Clerk's Action Required**

Pending before the Court is the Parties' Stipulation to Extend Deadlines on Motion to Amend (ECF No. 104). Having reviewed the Stipulation, and being otherwise advised, now therefore,

IT IS HEREBY ORDERED

1. Defendants' response to the motion to amend at ECF No. 104 shall be filed by December 7, 2026;

2. Plaintiffs' reply in support of the motion to amend at ECF No. 104 shall be filed by December 21, 2026.

**3. The Clerk is directed to RE-NOTE Plaintiffs' motion to amend at ECF No. 104 to December 21, 2026.**

IT IS SO ORDERED.

Dated this 17th day of November, 2026.

Honorable Jamal N. Whitehead
United States District Court Judge

Presented by:

STOEL RIVES LLP

*/s/ Beth S. Ginsberg*
Beth S. Ginsberg, WSBA No. 18523
Vanessa Soriano Power, WSBA No. 30777
Maren R. Norton, WSBA No. 35435
Rita V. Latsinova, WSBA No. 24447
beth.ginsberg@stoel.com
vanessa.power@stoel.com
maren.norton@stoel.com
rita.latsinova@stoel.com
600 University Street, Suite 3400
Seattle, WA 98101
Telephone: 206.624.0900

PORT OF SEATTLE
Marie Quasius, WSBA No. 42285
Elizabeth Black, WSBA No. 45954
Quasius.M@portseattle.org
Black.E@portseattle.org
Port of Seattle
PO Box 1209
Seattle, WA 98111

*Attorneys for Defendant Port of Seattle*

McNAUL EBEL

*/s/ Malaika M. Eaton*
Malaika M. Eaton, WSBA No. 32837
Gregory J. Hollon, WSBA No. 26311
Michael P. Hatley, WSBA No. 5700
600 University Street, Suite 2700

Seattle, Washington 98101
(206) 467-1816
ghollon@mcnaul.com
meaton@mcnaul.com
mhatley@mcnaul.com

GIBSON, DUNN & CRUTCHER LLP
Daniel W. Nelson (*Admitted Pro Hac Vice*)
Stacie B. Fletcher (*Admitted Pro Hac Vice*)
Joseph D. Edmonds (*Admitted Pro Hac Vice*)
1700 M Street NW
Washington, DC 20036-4505
dnelson@gibsondunn.com
sfletcher@gibsondunn.com
jedmonds@gibsondunn.com

KING & SPALDING LLP
David Balser (*Admitted Pro Hac Vice*)
David Willingham (*Admitted Pro Hac Vice*)
11180 Peachtree St., NE
Atlanta, GA 30309
Tel: (404) 572-4600
dbalser@kslaw.com
dwillingham@kslaw.com

*Attorneys for Defendant Delta Air Lines, Inc.*

CORR CRONIN LLP

*/s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Lucio E. Maldonado, WSBA No. 54279
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel: (206) 625-8600
sfogg@corrcronin.com
lmaldonado@corrcronin.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Milli Kanani Hansen, pro hac vice
Shay Dvoretzky, pro hac vice
John H. Beisner, pro hac vice
1440 New York Ave., NW
Washington D.C. 20005
Tel: (202) 371-7000
milli.hansen@skadden.com

shay.dvoretzky@skadden.com
john.beisner@skadden.com

*Attorneys for Defendant Alaska Air Group*

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Samuel E. Kurland*
Steve W. Berman, WSBA #12536
Samuel E. Kurland, WSBA #64984
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sam.kurland@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Nathan Emmons (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
nathane@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

154799700.1 0061365-00066